NANCY L. OBER, Bar No. 49683
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490
Email:   nlober@littler.com

Attorneys for Defendant
USA WASTE OF CALIFORNIA, INC. formerly doing business as EL DORADO DISPOSAL SERVICE

MURIEL B. KAPLAN, Bar No. 124607)
MICHELE R. STAFFORD, Bar No. 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
Telephone:   (415) 882-7900
Facsimile:   (415) 882-9287
Email:   mkaplan@sjlawcorp.com
         mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA and PENSION TRUST FUND FOR OPERATING ENGINEERS,<br><br>    Plaintiffs,<br><br> v.<br><br>USA WASTE OF CALIFORNIA, INC., a Delaware corporation doing business in California as EL DORADO DISPOSAL SERVICE,<br><br>    Defendant. | Case No.  C07 1696 CW<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>[L.R. 6-2] |

STIP. AND PROPOSED ORDER
CONTINUING CASE MGMT. CONF.

Case No. C07 1696 CW

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1  Plaintiffs GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as
2 Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR
3 NORTHERN CALIFORNIA and PENSION TRUST FUND FOR OPERATING ENGINEERS
4 ("Plaintiffs") and Defendants USA WASTE OF CALIFORNIA, INC., a Delaware corporation doing
5 business in California as EL DORADO DISPOSAL SERVICE ("Defendant"), through their
6 respective counsel, hereby stipulate to and request that the Court order that the Initial Case
7 Management Conference and related deadlines be continued for an additional period of 60 days.

8  1.  Pursuant to the Court's Order Granting Plaintiffs' Request for Continuance of
9 Case Management Conference, the initial Case Management Conference in this action, originally
10 scheduled for August 7, 2007, was rescheduled October 9, 2007 at 2:00 p.m.

11  2.  Since the issuance of the Court's Order, the parties have initiated settlement
12 discussions and have exchanged information relevant to the issues in the case, but have not
13 completed their discussions.

14  3.  The parties wish to continue to explore a possible resolution of this action
15 without the necessity of further litigation time and expense.

16  4.  As noted above, there has been one previous continuation of the Initial Case
17 Management Conference and related case management activities.

18  5.  The parties expect that the requested extension of the date for the initial Case
19 Management Conference will have no adverse effect on the schedule for the case. No trial date or
20 other deadlines have yet been set. The requested extension may facilitate the resolution of the
21 parties' dispute, and will at a minimum enable the parties to exchange additional information about
22 their respective positions that may streamline case management.

23  Therefore, Plaintiffs and Defendants, through their respective counsel, stipulate and
24 agree as follows:

25  1.  The Initial Case Management Conference date of October 9, 2007 and related
26 deadlines are vacated.

27  2.  The Initial Case Management Conference date is extended to December 11,
28 2007 at 2:00 p.m.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. AND PROPOSED ORDER
CONTINUING CASE MGMT. CONF.     2.     Case No. C07 1696 CW

3. Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Dated: October ____, 2007                    Dated: October ____, 2007

_____              _____
MICHELE STAFFORD                             NANCY L. OBER
SALTZMAN & JOHNSON LAW                       LITTLER MENDELSON
CORPORATION                                  A Professional Corporation
Attorneys for Plaintiffs                     Attorneys for Defendant
                                             USA WASTE OF CALIFORNIA, INC. doing
                                             business as EL DORADO DISPOSAL
                                             SERVICE

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. AND PROPOSED ORDER
CONTINUING CASE MGMT. CONF.         3.                    Case No. C07 1696 CW

1 **ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 Dated: October _2__, 2007

*[signature]*

5    HONORABLE CLAUDIA WILKEN
     UNITED STATES DISTRICT JUDGE

Firmwide:83181622.1 046609.1443

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. AND PROPOSED ORDER
CONTINUING CASE MGMT. CONF.    4.    Case No. C07 1696 CW